B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
__Northern__ District of __Illinois__

In re: __Dorothy Clarkson__    Case No. __08-26318__
Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ __75.00__ on or before __10/21/08__
$ __75.00__ on or before __11/5/08__
$ __75.00__ on or before __11/20/08__
$ __74.00__ on or before __12/12/08__

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __10/2/08__

BY THE COURT:

__JCox    Jacqueline P. Cox__
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

Case Number :   08 B 26318

Case Name : Dorothy Clarkson

I, Anthony Watson, Courtroom Deputy to the Honorable Judge Jacqueline P. Cox, certify that on October 2, 2008, I caused copies of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** dated October 2, 2008 to be served to the parties listed below via First Class Mail (\*\*) or electronically via the Court's electronic notification system to:

Dorothy Clarkson(\*\*)
850 W. Eastwood Ave. #1409
Chicago, IL 60640

Phillip D. Levey, ESQ
2722 North Racine Avenue
Chicago, IL 60614

William T. Neary
Office of the U. S. Trustee, Region 11
219 South Dearborn, Rm 873
Chicago, IL 60604

_____
Anthony Watson
Courtroom Deputy